# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

IN RE: ) CHAPTER 13  2011 AUG 29 PM 3: 31

**CHRISTIAN MULLER** ) CASE NO. 05-22055ASD

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #    410623                    $61.85

*[handwritten: $61.85  #274 845]*

**WORLDWIDE ASSET PURCHASING**
**WEST ASSET MGT.**
**P. O. BOX 672047**
**MARIETTA, GA 30006**

**FOE/REISSUED 2X**

Dated at Hartford, Connecticut this _____ day of _____, 2011.

/s/_____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:
**Debtors:** CHRISTIAN MULLER 3 PINE ST PLAINVILLE CT 06062
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** peter.lawrence.esq@sbcglobal.net

/s/_____
Molly T. Whiton, Chapter 13 Trustee

